FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

99 APR -9 PM 3:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| TERRY DEAN SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 99-H-0015-E |
| | ) | |
| KEN FLOWERS, SHERIFF JERRY | ) | |
| STUDDARD, TALLADEGA COUNTY | ) | |
| JAIL, RUSTY TURNER, DOCTOR | ) | |
| HUANG, and DOCTOR ALBA, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
APR - 9 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 12, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for plaintiff's failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 9th day of April, 1999.

JAMES H. HANCOCK
SENIOR UNITED STATES DISTRICT JUDGE

15